Steven H. Winterbauer, WSBA #16468
Winterbauer & Diamond, P.L.L.C.
1200 Fifth Avenue, Suite 1910
Seattle, WA 98101
206-676-8440

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

TRACY WHEELER,

        Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

        Defendant.

No. CV-06-125 LRS

**PROTECTIVE ORDER**

[PROPOSED]

THIS MATTER came on regularly before the above-entitled Court upon the parties' Stipulated Motion for Protective Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' Stipulated Motion for Protective Order is GRANTED.

DONE IN COURT this <u>19th</u> day of <u>July</u>, 2006.

                                        s/Lonny R. Suko
                                        District Court Judge

PROTECTIVE ORDER
[PROPOSED] - 1

Jointly presented by:

**WINTERBAUER & DIAMOND P.L.L.C.**

*/s/ Lisa M. Vanderford-Anderson*

Steven H. Winterbauer, WSBA # 16468
Lisa M. Vanderford-Anderson, WSBA # 29736
Attorneys for Defendant
Safeway Inc.

**LACY, KANE, POULSON & SMITH, P.S.**

*/s/ Steven C. Lacy*

Steven C. Lacy, WSBA # 10814
Attorney for Plaintiff
Tracy Wheeler

PROTECTIVE ORDER
[PROPOSED] - 2