UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY WHEELER, ) | |
| ) | NO.  CV-06-125-LRS |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| -vs- ) | |
| ) | |
| SAFEWAY INC., a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the stipulation of the parties (Ct. Rec. 33) filed February 8, 2008, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 20th day of February, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1